## FOURTH DEPARTMENT, MARCH, 1906.

Reuben H. Coatsworth, Appellant, v. The Lehigh Valley Railway Company and the Lehigh Valley Railroad Company of Pennsylvania, Respondents. Reuben H. Coatsworth, Appellant, v. The Lehigh Valley Railway Company and the Lehigh Valley Railroad Company of Pennsylvania, Respondents.— The four justices qualified to sit in the hearing and determination of the appeals in the above cases being equally divided, the said appeals are ordered transferred to the third judicial department for hearing and determination, pursuant to the provision of section 231 of the Code of Civil Procedure.

John Laughlin, Appellant, v. The People's Gas, Light and Coke Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented.

Geneva Mineral Springs Company, Limited, v. Charles A. Steele and Others.— Order affirmed, without costs. All concurred.

Henry N. Gleason, Respondent, v. William Mayhew, Appellant.— Judgment affirmed, with costs. All concurred.

John A. Loewer, as Administrator with the Will Annexed of John W. A. Meyer, Deceased, Appellant, v. German-American Bank and Others, Respondents, Impleaded with Joseph O. Meyer, Appellant, and Others, Defendants.— Judgment affirmed, with separate bills of costs against the plaintiff and defendant Joseph O. Meyer in favor of the respondents appearing on this appeal by separate attorneys. All concurred.

Mary O'Connell, Respondent, v. Utica and Mohawk Valley Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams and Nash, JJ., who voted for reduction of the verdict.

Joseph Brown, as Administrator, etc., of William Brown, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except Williams and Nash, JJ., who dissented.

In the Matter of the Application of The Niagara, Lockport and Ontario Power Company, Respondent, Relative to Acquiring Title to Certain Real Estate for the Purpose of Constructing, Maintaining and Operating an Electric Transmission Line Thereon for Public Use to Furnish Electricity for Light, Heat, Power or Any Other Purpose, to Certain Cities, Towns and Villages of this State, and the Inhabitants, Railroad Companies, Corporations and Manufacturing Establishments Thereof of which Dennis L. Preisch and Jennie L. Preisch, his Wife, Appellants, and John Retzloff, are the Owners or Persons Interested Therein.— Order affirmed, with ten dollars costs and disbursements, on opinion of Spring, J., in *Matter of Niagara, Lockport & Ontario Power Co.* (111 App. Div. 686) decision in which is handed down herewith. All concurred.

J. Frank Barr, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. McLennan, P. J., Spring, Williams and Nash, JJ , concurred; Hiscock, J., not voting, he having ceased to be a member of the court since the argument of the appeal herein.

T. Davis Spring, Respondent, v. Frank M. Ryan, Appellant.— Motion to dismiss appeal granted, without costs, unless the appellant shall within twenty days from the date of service of a copy of the order herein together with notice of entry thereof, file and serve the printed papers on appeal as provided by rule 41,* in which event said motion is denied, without costs.

James P. Becker v. Rosette B. Hotchkin and Others.— Motion denied, without costs.

Julia A. Deegan, as, etc., Appellant, v. Syracuse Lighting Company, Respondent.— Motion for leave to appeal to Court of Appeals granted.

Addie A. Allen v. Albert H. Pierson and Others.— Motion to dismiss appeal from order granted upon the ground that the so-called order is a mere decision from which no appeal can be taken separately from the judgment.

Charles Fay, by Guardian, etc., Respondent, v. The Moose River Lumber Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

---

* General Rules of Practice.— [REP.